DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**VICTOR ESTEVES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-2860

[December 13, 2018]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrew L. Siegel, Judge; L.T. Case No. 04-11475CF10A.

W. Charles Fletcher, Jacksonville, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., CIKLIN and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***